# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-01021-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 21, 22] |

Pending before the Court are stipulations that Plaintiff will submit to Rule 35 examinations, as well as the agreed-upon procedures for the examinations. Docket Nos. 21, 22. Unless doing so interferes with Court deadlines or proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining Court approval. Fed. R. Civ. P. 29. The pending stipulations fail to explain why Court approval is necessary in this instance.

Accordingly, the stipulations are **DENIED**. Docket Nos. 21, 22.

IT IS SO ORDERED.

Dated: January 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1