**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICHOLAS LOPEZ,

    Plaintiff,

v.

THE SHERWIN WILLIAMS COMPANY et al.,

    Defendants.

Case No. 2:24-cv-01021-JAD-NJK

**Order**

[Docket No. 51]

Pending before the Court is Defendant's motion for leave to substitute redacted versions of Exhibit Nos. 4 and 11 to Plaintiff's motion to compel. Docket No. 51; *see also* Docket Nos. 37-5, 37-12. The deadline to respond to the motion has expired, *see* Local Rule 7-2(b), but no response was filed. Defendant submits that the new versions of these exhibits redact the email addresses of two of Defendant's employees who are not parties to this case. *See id.* at 1–2. The Court agrees with Defendant that these redactions are "narrowly tailored" and "in the best interests of the individuals" protected by the redaction. *Id.* at 2. Accordingly, the motion is **GRANTED** as unopposed. Docket No. 51; *see* Local Rule 7-2(d).

Additionally, on August 6, 2025, the Court entered an order denying a joint motion to seal without prejudice. Docket No. 49. The Court instructed the Clerk's Office to "keep Docket Nos. 40-1, 40-2, 40-3, 40-4, 40-5, 40-6, 40-7 under seal for the time being." *Id.* at 2. The Court instructed Defendant to "file an appropriate request to seal any documents for which it can substantiate such request" no later than August 13, 2025. *Id.* at 2–3. Failure to file an appropriate request by August 13, 2025, would result in the Court unsealing those documents. *See id.* The instant motion is the only request pertaining to the Court's order. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal Docket Nos. 40-1, 40-2, 40-3, 40-4, 40-5, 40-6, 40-7.

IT IS SO ORDERED.

Dated: August 29, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge