Jared Green – Nevada Bar No. 10059
Brian Unguren – Nevada Bar No. 14427
GREEN UNGUREN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
Phone/Fax: (702) 475-6454
E-mail: jared@theGUfirm.com
E-mail: brian@theGUfirm.com

Clifford S. Mendelsohn — Pro hac vice
Ariana E. Bernard — Pro hac vice
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: clifford.mendelsohn@tuckerellis.com
E-mail: ariana.bernard@tuckerellis.com

*Attorneys for Defendants Jesus Mendez and The
Sherwin-Williams Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS LOPEZ, | CASE NO.: 2:24-CV-01021-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO BIFURCATE** |
| THE SHERWIN-WILLIAMS COMPANY, et al., | |
| Defendants. | |
| | **(FIRST REQUEST FOR NEW FEBRUARY 23, 2026, HEARING DATE)** |

Plaintiff Nicholas Lopez ("Plaintiff") and Defendants The Sherwin-Williams Company and Jesus Mendez (collectively "Defendants"), by and through their undersigned counsel, stipulate to and respectfully request the Court continue the February 23, 2026, hearing on Defendants' Motion for Partial Summary Judgment and Motion to Bifurcate as follows:

1.     Defendants filed a Motion for Partial Summary Judgment and Motion to Bifurcate Issues of Liability and Damages at Trial on October 6, 2025 ("Defendants' Motions"). (ECF Nos. 62, 63).

2.      The Court scheduled a hearing on Defendants' Motions for December 2, 2025.

3.      Lead Counsel for Defendants was unavailable on December 2, 2025, after having a wrongful death case in Florida moved to the December 1–15, 2025, trial calendar.

4.      Due to that conflict, the Parties Stipulated to a continuance of the hearing to a date after January 5, 2026, and the Court graciously continued the hearing to January 27, 2026. (ECF Nos. 74 and 75).

5.      On January 14, 2026, due to a conflict in the Court's calendar, the Court continued the January 27, 2026, hearing to February 23, 2026.

6.      Lead Counsel for Defendants is set to begin a trial in Ohio on February 23, 2026.

7.      In light of this conflict, IT IS HEREBY STIPULATED and respectfully requested that the hearing on Defendants' Motions be continued to either March 10, 11, 17, 18, or 19, 2026.

DATED this 26th day of January 2026.

DATED this 26th day of January 2026.

/s/ *Steven T. Jaffe*
Steven T. Jaffe (Bar No. 7035)
Farhan R. Naqvi (Bar No. 8589)
Paul G. Albright (Bar No. 14159)
Elizabeth E. Coats (Bar No. 12350)
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, NV 89147
Phone: 702.553.1000
Fax:    702.553.1002
E-mail:  steve@naqvilaw.com
           naqvi@naqvilaw.com
           paul@naqvilaw.com
           elizabeth@naqvilaw.com

*Attorneys for Plaintiff*

/s/ *Clifford S. Mendelsohn*
Clifford S. Mendelsohn – Pro hac vice
Ariana Bernard – Pro hac vice
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
Phone: 216.592.5000
Fax:    216.592.5009
E-mail: clifford.mendelsohn@tuckerellis.com
            ariana.bernard@tuckerellis.com

Jared Green — Nevada Bar No. 10059
Brian Unguren — Nevada Bar No. 14427
GREEN UNGUREN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
Phone/Fax:  702.475.6454
E-mail:       jared@theGUfirm.com
E-mail:       brian@theGUfirm.com

*Attorneys for Defendants Jesus Mendez and The Sherwin-Williams Company*

2

The motion hearing re: re MOTION for Partial Summary [ECF No. 62] and MOTION to Bifurcate Trial [ECF No. 63] set for February 23, 2026 at 3:30 p.m. is continued to March 19, 2026, at 11:00 a.m.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   1/26/2026