Jared Green – Nevada Bar No. 10059
Brian Unguren – Nevada Bar No. 14427
GREEN UNGUREN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
Phone/Fax: (702) 475-6454
E-mail: jared@theGUfirm.com
E-mail: brian@theGUfirm.com

Clifford S. Mendelsohn — Pro hac vice
Ariana E. Bernard — Pro hac vice
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: clifford.mendelsohn@tuckerellis.com
E-mail: ariana.bernard@tuckerellis.com

*Attorneys for Defendants Jesus Mendez and The Sherwin-Williams Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MENDEZ, et al.,<br><br>Defendants. | CASE NO.: 2:24-CV-01021-JAD-NJK<br><br>**NOTICE OF WITHDRAWAL OF ARIANA E. BERNARD, ESQ., AS COUNSEL FOR DEFENDANTS** |

Attorney Ariana E. Bernard of the law firm Tucker Ellis LLP hereby gives notice of her withdrawal as counsel for Defendants JESUS MENDEZ and THE SHERWIN-WILLIAMS COMPANY ("Defendants") as she is departing from the law firm of Tucker Ellis LLP effective October 2, 2026 and has no further role in this litigation. Defendants have been informed of counsel's withdrawal.

Attorneys Clifford S. Mendelsohn, Esq., of Tucker Ellis LLP, and Jared Green, Esq., of Green Unguren, LLC, will continue as counsel for Defendants.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Ariana E. Bernard*
Clifford S. Mendelsohn – Pro hac vice
Ariana E. Bernard – Pro hac vice
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
Phone: 216-592-5000
Fax: 216-592-5009
E-mail: clifford.mendelsohn@tuckerellis.com
ariana.bernard@tuckerellis.com

Jared Green – Nevada Bar No. 10059
Brian Unguren – Nevada Bar No. 14427
GREEN UNGUREN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
Phone/Fax: (702) 475-6454
E-mail: jared@theGUfirm.com
E-mail: brian@theGUfirm.com

*Attorneys for Defendants Jesus Mendez and The Sherwin-Williams Company*

IT IS SO ORDERED.
Dated: October 2, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge