FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
ELIZABETH E. COATS, ESQ.
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
steve@naqvilaw.com
paul@naqvilaw.com
elizabeth@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS LOPEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHERWIN-WILLIAMS COMPANY d/b/a SHERWIN WILLIAMS COMPANY a/k/a SHERWIN WILLIAMS; JESUS MENDEZ, individually; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01021-JAD-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the deadline for the reasons outlined herein. This is the first stipulation for extension of time to submit the Joint Pretrial Order in this matter.



NAQVI
INJURY LAW

**A. CASE BACKGROUND.**

This case arises from a disputed-liability motorcycle versus car collision from which Plaintiff alleges numerous significant injuries. Plaintiff's alleged injuries consist of fractures to his upper and lower extremities, including a shattered femur, fractured hands/wrists, and a spine injury. He alleges he has undergone extensive treatment and multiple surgeries, including surgeries for his femur, hands/wrists, and spine. Plaintiff has disclosed over $3.1 million in past medical specials and over $3.4 million in other calculated damages consisting of future health and medical care, loss of earnings, and loss of household services. More than 18,000 pages of documents have been disclosed in this matter. Moreover, Plaintiff has disclosed and anticipates calling seven retained expert witnesses plus approximately eight or more treating medical providers plus at least eight percipient witnesses. Defendants dispute liability as well as multiple claims of damage. Defendants have disclosed and anticipate calling eight retained expert witnesses as well as percipient witnesses.

The parties recently participated in a Mandatory Settlement Conference with the Honorable Nancy J. Koppe on October 8, 2026, but a resolution was not reached. Per the Court's Minute Order that followed the conference, the Joint Pretrial Order is due October 19, 2026.[1] For the good cause reasons discussed below, the parties respectfully request that the deadline for submitting the Joint Pretrial Order be extended 30 days, rendering the deadline November 18, 2026.

**B. REASON FOR THE REQUESTED EXTENSION.**

Good cause exists to continue the deadline for filing the Joint Pretrial Order. First, this case involves voluminous documents and medical records (18,000 pages) on which the parties need to confer for purposes of identifying joint trial exhibits and objections. This includes reaching agreement on redactions on voluminous medical records. This will take multiple meet-and-confer sessions. The same applies to factual stipulations and objections/counter-

[1] *See* Doc. No. 91.

NAQVI INJURY LAW

designations to the parties' respective deposition designations. Additional time to confer, negotiate, and prepare the Joint Pretrial Order is merited. The parties believe in good faith that additional time spent now will save considerable trial time.

While the parties did some work on the Joint Pretrial Order prior to the recent Settlement Conference, they saved the extensive meet-and-confer activities for after the Settlement Conference in an attempt to conserve resources to increase the chance of resolution. The requested extension will now give the parties time to determine the next steps that make sense for all involved and reduce the number of disputed evidentiary issues that need to be presented to the Court, as well as the number of factual and legal issues to be presented to the jury.

**C. PROPOSED REVISED PRETRIAL ORDER SCHEDULE.**

The Joint Pretrial Order is currently due October 19, 2026, and the parties are respectfully requesting an extension moving the deadline to **November 18, 2026**. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties in good faith to not only provide sufficient time to prepare the extensive Joint Pretrial Order. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the requested extension.

/ / /

/ / /

/ / /



NAQVI INJURY LAW

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current October 19, 2026 deadline to **November 18, 2026**.

DATED this 13th day of October, 2026.

NAQVI INJURY LAW

_/s/ Steven T. Jaffe_
FARHAN R. NAQVI
Nevada Bar No. 8589
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
ELIZABETH E. COATS, ESQ.
Nevada Bar No. 12350
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

DATED this 13th day of October, 2026.

TUCKER ELLIS LLP / GREEN UNGUREN, LLC

_/s/ Clifford Mendelson_
CLIFFORD S. MENDELSOHN, Esq. - Pro hac vice
950 Main Ave., Suite 1100
Cleveland, OH 44113

JARED GREEN, ESQ.
Nevada Bar No. 10059
BRIAN UNGUREN, ESQ.
Nevada Bar No. 14427
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
*Attorneys for Defendants*

IT IS SO ORDERED.
Dated: October 15, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge