AUL LBRIGHT SQ
Nevada Bar No. 14159
ELIZABETH E. COATS, ESQ.
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
steve@naqvilaw.com
paul@naqvilaw.com
elizabeth@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS LOPEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHERWIN-WILLIAMS COMPANY d/b/a SHERWIN WILLIAMS COMPANY a/k/a SHERWIN WILLIAMS; JESUS MENDEZ, individually; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01021-JAD-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (SECOND REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the deadline for the reasons outlined herein. This is the second stipulation for extension of time to submit the Joint Pretrial Order in this matter. The parties seek one additional week from the court.



NAQVI
INJURY LAW

his upper and lower extremities, including a shattered femur, fractured hands/wrists, and a spine injury. He alleges he has undergone extensive treatment and multiple surgeries, including surgeries for his femur, hands/wrists, and spine. Plaintiff has disclosed over $3.1 million in past medical specials and over $3.4 million in other calculated damages consisting of future health and medical care, loss of earnings, and loss of household services. More than 18,000 pages of documents have been disclosed in this matter. Moreover, Plaintiff has disclosed and anticipates calling seven retained expert witnesses plus approximately eight or more treating medical providers plus at least eight percipient witnesses. Defendants dispute liability as well as multiple claims of damage. Defendants have disclosed and anticipate calling eight retained expert witnesses as well as percipient witnesses.

The parties recently participated in a Mandatory Settlement Conference with the Honorable Nancy J. Koppe on October 8, 2026, but a resolution was not reached. Per the Court's Minute Order that followed the conference, the Joint Pretrial Order was initially due October 19, 2026.[1] For the good cause reasons this court extended the deadline for submitting the Joint Pretrial Order by extended 30 days, to November 18, 2026.[2] The parties now submit that further good cause exists to extend the deadlines an additional seven calendar days, to November 25, 2026.

**B. REASON FOR THE REQUESTED EXTENSION.**

Good cause exists to continue the deadline for filing the Joint Pretrial Order. As previously indicated, this case involves voluminous documents and medical records (18,000 pages) on which the parties need to further confer for purposes of identifying joint trial exhibits

---

1 *See* Doc. No. 91.

2 *See* Doc. No. 93



NAQVI INJURY LAW

reduce and address. Additional time to confer, negotiate, and prepare the Joint Pretrial Order is merited. The parties believe in good faith that additional time spent now will save considerable trial time and motion work.

The parties have been working in a collegial and cooperative fashion with each other to prepare this document. Notably, over the past two weeks, the parties exchanged drafts of the proposed document. The most recent version of the draft was provided by defense counsel on Saturday, November 14, 2026. Unfortunately, lead counsel for the Plaintiff was out of state for expert depositions in Oakland, California, on November 16 and 17, returning the evening of November 17. There remains additional work to complete, and the parties agree that they will further meet and confer to isolate issues, objections, stipulations as to evidence admissibility, and other topics to synthesize for the court the issues requiring motion work, trial disputes, and the issues for the jury.

Specifically, the parties have raised objections to documents, and the attorneys now need to meet and confer to address which documents they consider admissible, which may be admitted subject to some redactions, and which will require court rulings. In addition, the parties understand which witnesses will likely be called at trial; however, during a meet and confer, the parties will need to discuss which out of state witnesses will not be called, as a means of identifying specific deposition testimony to potentially be read or played to the jury, pursuant to FRCP 32.

Defense counsel reached out to Plaintiff's counsel on November 5, 2026, about conducting the meet and confer on either November 11 or 12. Plaintiff's counsel responded that same day, explaining that he was scheduled for an all day mediation, which proceeded before Hon. David Wall (Ret.) on November 11; and, that on November 12, 2026, he was scheduled to conduct an all day deposition of a witness produced pursuant to NRCP 30(b)(6), which also



NAQVI INJURY LAW

The attorneys will now seek to meet and confer in the interim week, to get these issues resolved. Given the fact that the parties have provided attention to this document, and that they continue to proactively work together on this document, the parties submit that good cause exists for this brief extension.

**C. PROPOSED REVISED PRETRIAL ORDER SCHEDULE.**

The Joint Pretrial Order is currently due November 18, 2026, and the parties are respectfully requesting an extension moving the deadline to **November 25, 2026**. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties in good faith. The parties respectfully submit that the reasons provided constitute proper basis and good cause for the requested extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current November 18, 2026 deadline to **November 25, 2026**.

DATED this 18th day of November, 2026.

NAQVI INJURY LAW

*/s/ Steven T. Jaffe*
FARHAN R. NAQVI
Nevada Bar No. 8589
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
ELIZABETH E. COATS, ESQ.
Nevada Bar No. 12350
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

DATED this 18th day of November, 2026.

TUCKER ELLIS LLP / GREEN UNGUREN, LLC

*/s/ Clifford Mendelson*
CLIFFORD S. MENDELSOHN, Esq. - Pro hac vice
950 Main Ave., Suite 1100
Cleveland, OH 44113

JARED GREEN, ESQ.
Nevada Bar No. 10059
BRIAN UNGUREN, ESQ.
Nevada Bar No. 14427
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
*Attorneys for Defendants*

IT IS SO ORDERED.
Dated: November 18, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge

NAQVI INJURY LAW